[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15527
Non-Argument Calendar
_____

D.C. Docket No. 4:14-cr-00196-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VIACHESLAV ZHUKOV,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(November 12, 2015)

Before MARCUS, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

John D. Carson, appointed counsel for Viacheslav Zhukov, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Zhukov's conviction and sentence are **AFFIRMED**, and Zhukov's motion for appointment of counsel is **DENIED AS MOOT**.